ALICIA A.G. LIMTIACO
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 10-00068 |
|---|---|
| Plaintiff, | CRIMINAL CASE NO. 10-00076 |
| vs. | **RULE 35 MOTION TO REDUCE SENTENCE** |
| MELVIN JOHN SALAS NAPUTI, | |
| Defendant. | |

The United States of America moves pursuant to Federal Rule of Criminal Procedure 35(b)(2)(C) for a reduction of sentence for 12 months for the substantial cooperation provided by Defendant Melvin John Salas Naputi in the trial of United States v. Mateo B. Sardoma, Jr., et. al., CR12-00010.

Upon the Government's motion made more than one year after sentencing the court may reduce a sentence if the defendant's substantial assistance involved information the usefulness of which could not reasonably have been anticipated by the defendant until more than one year after sentencing and which was promptly provided to the government after its usefulness was reasonably apparent to the defendant. FRCP 35(b)(2)(C).

1

Defendant Naputi was sentenced on August 8, 2011.  He was sentenced to 10 years incarceration in both cases, to run concurrently.

Defendant Naputi, twice travelled to Guam from the federal prison to give testimony about drug trafficking on Guam.  On February 8, 2012, Defendant Naputi was put before the federal grand jury and provided valuable and useful information regarding Mateo Sardoma and his drug organization, involving how he was receiving his methamphetamine and how he was distributing it.

On February 15, 2012, Mateo B. Sardoma, Jr., Rudy Sablan, and Maria Edrosa were indicted by the Federal Grand Jury in Criminal Case No. 12-00010 and trial commenced on June 11, 2013.  Defendant Naputi testified in that trial as to events he witnessed involving drug trafficking and firearms concerning the Sardoma methamphetamine criminal enterprise.  The testimony of Defendant Naputi was helpful, credible and corroborated by other witness testimonies.  On October 29, 2013, the jury returned with guilty verdicts for Sardoma, Sablan and Edrosa for felony drug and firearm charges.

In testifying about the activities of dangerous drug offenders, Defendant Naputi took the same risk that numerous other defendant witnesses did.  The Government requested the cooperation of Defendant Naputi and he provided it.  His testimony came way after his own sentencing on August 8, 2011.  Never-the-less, his testimony was timely and useful in convicting the leader of Guam's largest drug trafficking organization in the years 2010 to 2012.

In testifying about this drug organization, Defendant Naputi rendered a valuable public service and helped to terminate a drug organization that had caused tremendous destruction on

//

//

//

1  Guam.  His truthful cooperation also demonstrated a positive step forward towards his own

2  rehabilitation.  Defendant Naputi should be rewarded for his cooperation by a lessened sentence

3  of 12 months.

4  Respectfully submitted this 12th day of November, 2014.

5  ALICIA A.G. LIMTIACO
   United States Attorney
6  Districts of Guam and NMI

7
   By:     /s/ Frederick A. Black
8  FREDERICK A. BLACK
   Assistant U.S. Attorney

3

Case 1:10-cr-00068   Document 42   Filed 11/12/14   Page 3 of 3